No. 25-2499

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————

United States of America, ex rel. JOHN HENDRIX, Relator,

*Plaintiff - Appellee*,

v.

J-M MANUFACTURING COMPANY, INC., DBA J-M Eagle,

*Defendant-Appellant*.

———————

On Appeal from the United States District Court
for the Central District of California,
No. 5:06-cv-00055-GW-MAR

———————

## RECORD EXCERPTS
### Index Volume

———————

| | |
|---|---|
| DAVID BERNICK | PAUL D. CLEMENT |
| ELIZABETH LARSEN | *Counsel of Record* |
| KIRKLAND & ELLIS LLP | C. HARKER RHODES IV |
| 1301 Pennsylvania Avenue, NW | NICHOLAS A. AQUART |
| Washington, DC 20004 | CLEMENT & MURPHY, PLLC |
| | 706 Duke Street |
| PAUL CHAN | Alexandria, VA 22314 |
| SHOSHANA E. BANNETT | (202) 742-8900 |
| BIRD, MARELLA, BOXER | paul.clement@clementmurphy.com |
| LINCENBERG & RHOW, PC | |
| 1875 Century Park, E 23rd Floor | |
| Los Angeles, CA 90067 | |

*Counsel for Defendant-Appellant*

August 29, 2025

# INDEX TO EXCERPTS OF RECORD

## Volume I

| Record Number | Document | Page |
|---|---|---|
| 3310 | Order re: Final Ruling on Relator's Petition for Attorney Fees and Costs (Mar. 13, 2025) | ER2 |
| 2994 | Final Judgment (Oct. 15, 2021) | ER75 |

## Volume II

| Record Number | Document | Page |
|---|---|---|
| 3362 | Order Granting Joint Motion for Approval of Settlement as Fair, Adequate and Reasonable (June 5, 2025) | ER80 |
| 3306 | Report and Recommendation of Special Master (Jan. 30, 2025) | ER90 |
| 3226 | J-M's Stage 3 Response Brief (Jan. 17, 2025) | ER140 |
| 3223 | J-M's Stage 3 Opening Brief (Jan. 7, 2025) | ER166 |
| 3223-2 | Declaration of Paul S. Chan in Support of Defendant J-M's Stage 3 Opening Brief (Jan. 7, 2025) | ER195 |
| 3208 | Relator's Opening Brief on Stage 2 Issues (Dec. 10, 2024) | ER212 |
| 3197 | Docket Text – In Chambers Advisory that Clerk Emailed Stage One J-M Fees Petition Spreadsheet for Review (Nov. 27, 2024) | ER229 |
| 3171-1 | J-M's Stage One Brief on Reasonable Hourly Rates (Nov. 12, 2024) | ER231 |
| 3171-2 | Declaration of Rick Flyer (Nov. 12, 2024) | ER261 |
| 3070 | J-M's Preliminary Response to Petition for Attorneys' Fees, Expenses, and Costs (May 2, 2024) | ER284 |
| 3063 | Relator's Notice of Petition for Attorneys' Fees, Expenses, and Costs (Apr. 1, 2024) | ER293 |
| 2904 | Civil Minutes re: Hearing on Civil Penalties (Oct. 1, 2020) | ER296 |

| | | |
|---|---|---|
| 2880 | Order Granting J-M's Renewed Motion for Judgment as a Matter of Law (June 5, 2020) | ER305 |

**Volume III**

| Record Number | Document | Page |
|---|---|---|
| 2809 | J-M's Renewed Motion for Judgment as a Matter of Law (Dec. 12, 2018) | ER374 |
| 2765 | Civil Minutes re: 22nd Day of Trial and Further Instructions On Deliberations (Nov. 14, 2018) | ER429 |
| 2756 | Updated Final Jury Instructions (Nov. 7, 2018) | ER431 |
| 2754 | Civil Penalties (Nov. 6, 2018) | ER442 |
| 2753 | Notes on Damages (Nov. 6, 2018) | ER446 |
| 2428-42 | Excerpts of Arcadis U.S., Inc. Expert Report on Pipe Criticality Analysis and Replacement Cost Opinion (Aug. 2016) | ER449 |
| 2414 | Civil Minutes and Tentative Rulings on 1) Plaintiff's Briefing on Phase One Verdict, and 2) J-M's Seventh Amendment "Challenge" (Jan. 31, 2018) | ER458 |
| 2116-2 | Excerpts of Plaintiffs' Objections and Responses to J-M's First Set of Interrogatories in Phase Two (Feb. 10, 2016) | ER475 |
| 1996 | Civil Minutes re: Collateral Estoppel for Phase Two (Dec. 18, 2014) | ER482 |
| 1960 | Minute Order re: J-M's Motion for Judgment as a Matter of Law, or Alternatively, for New Trial (June 30, 2014) | ER483 |
| 1833 | J-M's Renewed Motion for JMOL or Alternatively, for New Trial (Jan. 14, 2014) | ER490 |
| 1794 | Special Verdict Form (Nov. 14, 2014) | ER538 |
| 1792 | Final Jury Instructions (Nov. 14, 2014) | ER595 |
| 1744 | Declaration of Richard T. Williams in Support of Joint Notice of Motion and Motion for Approval of Settlement as Fair, Adequate and Reasonable (Oct. 28, 2013) | ER604 |

| Record Number | Document | Page |
|---|---|---|
| 758-1 | Excerpts from Plaintiffs' Response to Motion for Ruling on Feb. 13, 2012 Objections to Magistrate Michael J. Watanabe's Jan. 26, 2012 Order (Sept. 17, 2012) | ER632 |

## Volume IV

| Record Number | Document | Page |
|---|---|---|
| 576 | J-M's Answer to Fifth Amended Complaint (Jan. 20, 2012) | ER636 |
| 568 | Excerpts from Fifth Amended Complaint (Vol. I) (Dec. 27, 2011) | ER638 |
| 551 | Order re Bifurcation (Dec. 7, 2011) | ER640 |
| 117 | City of Santa Rosa's Notice of Election to Intervene (Feb. 5, 2010) | ER651 |
| 3330 | Notice of Appeal (Apr. 11, 2025) | 653 |
|  | Docket, No. 5:06-cv-00055-GW-MAR (C.D. Cal.) | 658 |

## Volume V

| Record Number | Document | Page |
|---|---|---|
|  | Docket, No. 5:06-cv-00055-GW-MAR (C.D. Cal.) | ER907 |

## **Transcripts**

| Record Number | Document | Page |
|---|---|---|
| 1278 | Excerpts from Transcript of Motion Hearing Held on July 18, 2013 | ER1138 |
| 1888 | Excerpts from Transcript of Proceedings – Day 5 of Jury Trial Held on Sept. 20, 2013 | ER1140 |
| 1896 | Excerpts from Transcript of Proceedings – Day 13 of Jury Trial Held on Oct. 2, 2013 | ER1145 |
| 1897 | Excerpts from Transcript of Proceedings – Day 15 of Jury Trial Held on Oct. 8, 2013 | ER1148 |
| 1898 | Excerpts from Transcript of Proceedings – Day 16 of Jury Trial Held on Oct. 9, 2013 | ER1150 |

| | | |
|---|---|---|
| 1900 | Excerpts from Transcript of Proceedings – Day 20 of Jury Trial Held on Oct. 16, 2013 | ER1155 |
| 1904 | Excerpts from Transcript of Proceedings – Day 25 of Jury Trial Held on Oct. 23, 2013 | ER1175 |
| 2016 | Excerpts from Transcript of Proceedings Held on Mar. 5, 2015 | ER1177 |
| 2829 | Excerpts from Transcript of Proceedings Held on Sept. 7, 2018 | ER1181 |
| 3036 | Excerpts from Transcript of Proceedings Held on Nov. 5, 2018 (Vol. II) | ER1183 |

**Volume VI**

**Sealed Documents**

| Record Number | Document | Page |
|---|---|---|
| 3244-2 | Declaration of Paul S. Chan in Support of J-M's Brief re: 1) Objections to R&R and 2) Block Billing (Feb. 7, 2025) | ER1186 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in this case are registered ACMS users and that service will be accomplished by the ACMS system.

<u>s/Paul D. Clement</u>
Paul D. Clement